IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

In re:

DARI-FARMS,

                Debtor.

Chapter 7

Case No. 19-21742

---

### MOTION FOR ADMISSION OF ADRIENNE K. WALKER *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules of the District Court for the District of Connecticut, the undersigned member of the bar of this Court respectfully requests that Adrienne K. Walker of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. located at One Financial Center, Boston, Massachusetts 02111, be admitted to practice before this Court *pro hac vice* to act as counsel for HP Hood LLC, Half Baked LLC and Cape Cod Café Foods, Inc. (collectively, the "Petitioning Creditors") for the purposes of this case.

In support of this motion, the undersigned states:

1. As evidenced by the accompanying Affidavit of Adrienne K. Walker, which states that she is a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Courts for the District of Massachusetts and the Eastern District of Michigan;

2. There are currently no disciplinary proceedings pending against her as member of the bar of any jurisdiction; and

3. She is familiar with the Local Rules of the United States Bankruptcy Court for the District of Connecticut and the Rules of the United States District Court for the District of

Connecticut.

WHEREFORE, the undersigned respectfully requests that this Court enter an order admitting Adrienne K. Walker to practice before this Court *pro hac vice* to act as counsel to the Petitioning Creditors, and grant such other and further relief as this Court deems just and proper.

Dated: October 10, 2019

*/s/ Keith P. Carroll*
Keith P. Carroll (CT #411258)
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
707 Summer Street
Stamford, CT  06901
Telephone: (203) 388-8462
KPCarroll@mintz.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

FILED 2019 OCT 15 A 10: 26 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT HARTFORD

---

In re:

DARI-FARMS,

        Debtor.

Chapter 7

Case No. 19-21742

---

## AFFIDAVIT OF ADRIENNE K. WALKER, ESQ., IN SUPPORT OF MOTION FOR ORDER APPROVING ADMISSION PRO HAC VICE

| | |
|---|---|
| STATE OF MASSACHUSETTS | ) |
| | SS |
| COUNTY OF SUFFOLK | ) |

ADRIENNE K. WALKER, of full age, being duly sworn according to law, upon his oath, deposes and says:

1.    I am an attorney-at-law in the Commonwealth of Massachusetts and a member of the firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), which firm maintains an office located at One Financial Center, Boston, Massachusetts 02111, among others.

2.    I am, and have been a member in good standing of the bar of the Commonwealth of Massachusetts (BBO # 641490) since 1998. I am also admitted to practice before the United States District Court for the District of Massachusetts and the United States District Court for the Eastern District of Michigan. I am, and have remained, a member in good standing of all of said bars at all times. I am not under suspension or disbarment by any Court and I have not been denied admission or disciplined by this Court or any other Court.

3.    I am in possession of a copy (i) the Federal Rules of Civil Procedure, (ii) the Rules of the United States District Court for the District of Connecticut, (iii) the Rules of the United

States Bankruptcy Court for the District of Connecticut and (iv) the Connecticut Rules of Professional Conduct and have reviewed and am generally familiar with the same.

    4.    I hereby designate (i) Keith P. Carroll of Mintz Levin as my agent for service of process and (ii) the District of Connecticut as the forum for the resolution of any dispute arising of my admission *pro hac vice* pursuant to Local Rule 83.1(d).

WHEREFORE, it is respectfully requested that this Court grant my request to appear *pro hac vice* as counsel for HP Hood LLC Half Baked LLC and Cape Cod Café Foods, Inc. in connection with the above-referenced bankruptcy case and any related adversary proceedings.

                                                    ADRIENNE K. WALKER
                                                   Mintz, Levin, Cohn, Ferris, Glovsky
                                                   and Popeo, P.C.
                                                   One Financial Center
                                                   Boston, MA 02111
                                                   Phone: (617) 542-6000
                                                   Fax: (617) 542-2241
                                                   AWalker@mintz.com

Sworn and subscribed to
before me this ___ day
of October, 2019

_____
Notary Public
My Commission Expires: 6/12/20

JACQUELYN A. CANNATA
Notary Public
Commonwealth of Massachusetts
My Commission Expires June 12, 2020

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

In re:                                                              Chapter 7

DARI-FARMS,                                                  Case No. 19-21742

               Debtor.

---

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the motion pursuant to Local Rule 83.1 to admit Adrienne K. Walker, pro hac vice before the United States Bankruptcy Court for the District of Connecticut to represent HP Hood LLC Half Baked LLC and Cape Cod Café Foods, Inc. (collectively, the "Petitioning Creditors") in the above-captioned bankruptcy case (the "Motion"); due and adequate notice of the Motion having been given under the circumstances; after due deliberation and good cause appearing therefore;

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES:**

    1.    The Motion is granted.

    2.    Adrienne K. Walker is admitted to practice pro hac vice, pursuant to Local Rule 83.1 to represent the Petitioning Creditors in this bankruptcy case.

Dated: October ___, 2019

                                                             _____
                                                              United States Bankruptcy Judge

**Jacquelyn A. Cannata**
617 348 4886
jcannata@mintz.com



# MINTZ

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

October 11, 2019

Via Federal Express

Clerk of the Court
United States Bankruptcy Court
Abraham Ribicoff Federal Building
450 Main Street, 7th Floor
Hartford, CT 06103

Re:   Dari-Farms
      Case No. 19-21742-JJT

Dear Clerk of the Court:

   Enclosed for filing in the above referenced matter, please find an original and a copy of Motions for Admission Pro Hac Vice of Adrienne K. Walker and Aaron Williams, together with a check for each in the amount of $75.00.

   Please date stamp the enclosed copy and return same in the enclosed self-addressed stamped envelope.

   Thank you for your attention to this matter.

Very truly yours,

Jacquelyn A. Cannata

92157324v.1

---

BOSTON    LONDON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.